**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 25-01446-5-JNC** |
| **MONTA S. STEAGALL, and REBECCA J. STEAGALL, Debtors** | **Chapter 13** |

**OBJECTION TO MOTION FOR RELIEF FROM STAY**

**COME NOW** Monta and Rebecca Steagall, the Debtors in the above-captioned matter, by and through the undersigned counsel, and hereby objects to Americredit's Motion for Relief from Stay. In support of this Objection, the Debtor shows to the Court the following:

1. On 21 April 2025, the Debtors commenced this case by filing a petition under Chapter 13 of the United States Bankruptcy Code.

2. The Court has assigned S. Troy Staley as Trustee.

3. On 10 October 2025, the Court confirmed the Debtors' Plan.

4. Under the Debtor's Plan, the Debtors are to continue to make direct payments to Americredit Financial Services, Inc. [hereinafter "Americredit"] for their automobile.

5. However, the Debtors concede that they are in default of the plan by failing to make timely payments.

6. Due to this failure, on 6 August 2026, Americredit filed its motion for relief from the automatic stay. (ECF No. 50)

7. The Debtors oppose the relief requested.

8. The Debtors submit that this vehicle is necessary for an effective reorganization because the Debtors need this transportation.

9. Upon information and belief, the Debtors have begun to make sure payments to Americredit to pay off the arrearage.

10. If necessary, it is the Debtors' intention to enter into a consent order with the Movant to cure the payments to resolve the issues before the Court.

**WHEREFORE**, the Debtors object to Americredit's Motion, pray that the Court deny the Motion, extend the stay to allow for the Debtors to resolve this matter by consent and such further relief as the Court may deem appropriate.

Respectfully submitted this the 21st day of August 2026.

**J.M. Cook, P.A.**

By: /s/ J.M. Cook

J.M. Cook
5886 Faringdon Place
Suite 100
Raleigh, NC 27609
Tel: 919.675.2411
Fax: 919.882.1719
Email: J.M.Cook@jmcookesq.com

**CERTIFICATE OF SERVICE**

I, J.M. Cook, of 5886 Faringdon Place, Suite 100, Raleigh, North Carolina, 27609, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing Objection electronically upon the Trustee, counsel for the Movant, other counsel of record appearing on the docket and upon the following parties by mailing, postage prepaid, first class mail, addressed as follows:

| | |
|---|---|
| Monta S. Steagall<br>Rebecca J. Steagall<br>244 Sulidae Court<br>Elizabeth City, NC 27909 | Eudora F. S. Arthur<br>Womble Bond Dickinson (US) LLP<br>555 Fayetteville St., Ste 1100<br>Raleigh, NC 27601 |

I certify under penalty of perjury that the foregoing is true and correct.

This 21st day of August 2026.

**J.M. Cook, P.A.**

By: /s/ J.M. Cook

J.M. Cook
5886 Faringdon Place
Suite 100
Raleigh, NC 27609
Tel: 919.675.2411
Fax: 919.882.1719
Email: J.M.Cook@jmcookesq.com