**VAN−057** Notice to Creditors and Other Parties in Interest − Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Monta S. Steagall
***( debtor has no known aliases )***
244 Sulidae Ct
Elizabeth City, NC 27909

CASE NO.: 25−01446−5−JNC

DATE FILED: April 21, 2025

CHAPTER: 13

Rebecca J. Steagall
***( debtor has no known aliases )***
244 Sulidae Ct
Elizabeth City, NC 27909

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: Wednesday, September 9, 2026
TIME: 11:00 AM
PLACE: Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

to consider and act on the following matters:

Motion for Relief from Stay filed by Americredit Financial Services Inc. dba GM Financ.

and to transact all other business as may properly come before the court.

The automatic stay shall remain in effect until the date of the hearing.

DATED: August 24, 2026

Stephanie J. Butler
Clerk of Court